IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
CIVIL DEPARTMENT – LAW DIVISION – SIXTH DISTRICT

| | | |
|---|---|---|
| ERNEST FENTON; LAW OFFICE OF ERNEST B. FENTON, P.C. Plaintiffs, | | |
| v. | No.: | 2013L066047 CALENDAR/ROOM P TIME 00:00 Tort – Intentional |
| KELLI DUDLEY; THE LAW OFFICE OF KELLI DUDLEY, PC; ANDREW SIDEA; AND THE LAW OFFICE OF ANDREW SIDEA, P.C. Defendants. | | |

## COMPLAINT

NOW COME Plaintiffs, ERNEST FENTON AND THE LAW OFFICE OF ERNEST B. FENTON, by and through its Attorneys, The Law Office of Ernest B. Fenton and for their Complaint state as follows:

## STATEMENT OF FACTS

1. The Plaintiff, the Law Office of Ernest B. Fenton P.C., ("LOEBF"), is a Consumer Advocacy Law Firm founded by Ernest B. Fenton, Principal and Managing Partner of the firm.

2. The LOEBF is a comprehensive organization that offers meaningful services to consumers, businesses, and non-profit organizations.

3. The LOEBF is a recognized leader in consumer advocacy law and highly regarded in the legal community.

4. Attorney Fenton has an outstanding reputation within the community as a good attorney and leader in foreclosure defense.

5. In furtherance of that effort, Attorney Fenton is the producer and host of the Social Justice hour and the Gospel Truth Legal show airing on radio stations' WVON AM 1690 and WSRB FM 106.3.

6. Defendant, Andrew Sidea was given access to privileged attorney client information and files as an employee with the Law Office of Ernest B. Fenton from August 2010 to November 2010 while assisting with the day-to-day operations for the Law Office of Ernest B. Fenton.

7. Attorney Andrew Sidea has been license to practice law in the State of Illinois since November 2010 and currently maintains and practices law as a sole practitioner with the Law Office of Andrew Sidea.

8. Defendant Kelli Dudley practices law privately at the Law Office of Kelli Dudley.

9. On information and belief, since at least January 2012 Defendants' have made slanderous statements that Attorney Fenton specifically and the Law Office of Ernest B. Fenton generally misappropriated client funds by failure to provide services and claimed that the LOEBF was not acting in the best interest of its clients.

10. On information and belief, Andrew Sidea, Kelli Dudley, The Law of Kelli A. Dudley, PC, and The Law Office of Andrew Sidea, PC are working in concert, have forged a partnership or joint venture in an attempt to harm Plaintiff.

11. On information and belief Defendants' accessed LOEBF privileged attorney client information through documentation unlawfully retained by Andrew Sidea by accessing the LOEBF issued electronic mail accounts and other means.

12. On information and belief, Defendants' have told others in the community who may seek services with the LOEBF or inquire about services offered that Plaintiffs do not

provide adequate services to clients and target African Americans based on national origin.

13. On information and belief, Kelli Dudley and Defendants conspired to advance Mrs. Dudley's law practice by filing suits in federal court without regard of the substantive value of the same.

14. Although the LOEBF is a small firm within the legal community, the LOEBF has been a successful leader in representing homeowners in foreclosure defense and in creating value as an entity in and unto itself. Consequently, the name the Law Office of Ernest B. Fenton has good will and intrinsic value and is an inseparable extension of Attorney Ernest B. Fenton and his staff.

15. The Defendants failed to substantiate facts prior to engaging in propounding these false statements.

16. The Defendants were negligent or acted with recklessness in failing to determine whether the statements contained were true.

17. There existed a legally binding attorney-client relationship between Plaintiffs and their clients, because the clients of the LOEBF provide and disseminate information ranging from personal social security numbers to private information about the clients' property and personal finances.

18. Kelli Dudely and Andrew Sidea have since been luring Plaintiffs' clients, former clients, friends, business associates, former employees, and non-profit associates thus taking away Plaintiffs' business, and harming Plaintiffs' reputation.

19. The Defendant, Andrew Sidea was strongly encouraged to refrain from sharing privileged attorney-client information with third parties and as a legal professional knew of his ethical obligation.

20. As a result of Defendants' intentional misrepresentations, the Law Office of Ernest B. Fenton and Attorney Ernest B. Fenton may not be able to provide services to consumers who would otherwise retain the Law Office of Ernest B. Fenton due to the false information being dissimulated to the public and legal community.

21. As a result of Defendants actions, the Law Office of Ernest B. Fenton is suffering irreparable harm to their welfare, good will, business relationships, and reputation.

22. Plaintiffs have a certain and clearly ascertainable right to their property, good will, business relationships, and reputation.

23. Immediate and Irreparable injury will result if an injunction is not ordered to prevent Defendants from misappropriating Plaintiffs' property, good will, and business relationships, and defaming Plaintiffs' reputation.

24. Plaintiffs have no adequate remedy at law.

25. Based on the above-mentioned facts, Plaintiffs have a probability of success on the merits.

26. By issuing an Injunction, this Court will minimize the damages incurred by Plaintiff which include damages to reputation and loss of substantial income; and the Court will simply be enforcing the tenants of Illinois law.

27. There would be no harm incurred by Defendants by the issuance of an Injunction, because Defendants have acted in an illegal manner.

## COUNT I
### (All Defendants)
### Conversion

28. Plaintiffs re-allege and reincorporate herein by reference the above paragraphs 1 through 27.

29. The Defendant, Andrew Sidea as an employee was entrusted with Plaintiffs' privileged attorney client information to be used solely for the benefit of clients with the Law Office of Ernest B. Fenton.

30. On information and believe, Mr. Sidea has retained property of the LOEBF and without permission or authorization shared the policy, practices, and personal information with third parties and the co-defendants.

31. Defendants knew or should have known that they had no right or authority to share, view, distribute, or comment on Plaintiffs' property or privileged information.

32. The actions of the Defendants were done intentionally and/or with gross disregard for the rights of Plaintiffs.

33. The Plaintiffs were damaged as a direct and proximate result of the actions of the Defendants.

**WHEREFORE** Plaintiffs pray for the following relief:
1. An injunction preventing Defendants from communicating to other parties about Plaintiffs' privileged property;
2. A replevin requesting that Defendants return Plaintiffs' property;
3. Judgment for the Plaintiffs and against the Defendants jointly and severally in the amount of:
    a. Actual Damages: $30,000;

  b. Compensatory damages: $150,000;

  c. Punitive damages: $250,000;

  d. Interest from date this suit was instituted;

  e. Plaintiffs' cots of suit; and

  f. Reasonable attorneys' fees.

4. Such other relief as the Court may deem just and proper.

## COUNT II
### (All Defendants)
### Tortious Interference with a Business Relationship

34. Plaintiffs re-allege and reincorporate herein by reference the above paragraphs 1 through 33.

35. As stated in the facts set forth above, there existed a beneficial business relationship between Plaintiffs and the clients who seek the services offered by the LOEBF.

36. Defendants knowingly contacted business associates and potential clients of Plaintiff.

37. Defendants knew of the existence of that relationship through Andrew Sidea's initial close affiliation with the Law Office of Ernest B. Fenton.

38. Defendants, in luring clients away from Plaintiffs' practice, intended to induce the clients, who were parties to the beneficial business relationship with Plaintiffs, to breach the relationship.

39. Defendants lacked any privilege to induce such a breach.

40. The ongoing beneficial business relationship between the client and Plaintiffs has been breached.

41. Plaintiffs have suffered irreparable damage to their business as a result of this tortious interference such as but not limited to the loss of business and damage to reputation.

**WHEREFORE** Plaintiffs pray for the following relief:

1. An injunction preventing Defendants from using the Law Office of Ernest B. Fenton's name;
2. An injunction preventing Defendants from taking Plaintiffs' clients away from Plaintiffs;
3. An order demanding notice of each time Defendants contact a former client or potential client of the LOEBF;
4. Judgment for the Plaintiffs and against the Defendants jointly and severally in the amount of:
    a. Actual Damages: $30,000;
    b. Compensatory damages: $150,000;
    c. Punitive damages: $250,000;
    d. Interest from date this suit was instituted;
    e. Plaintiffs' cots of suit;
    f. Reasonable attorneys' fees; and
    g. Such other relief as the Court may deem just and proper.

### Count III
### (All Defendants)
### Defamation, Slander

42. Plaintiffs re-allege and reincorporate herein by reference the above paragraphs 1 through 41.

43. Defendants have publicly defamed and slandered the name of the Plaintiffs, Plaintiffs' organization, attorneys, and staffers.

44. These statements were made to Plaintiffs' clients, potential clients and/or to third-persons including plaintiff's professional community.

45. Said statements were false; Defendants knew the statements to be false and said statements were made with reckless and/or negligent disregard for the truth.

46. The false and defamatory statements made by Defendants, its employees and/or agents caused damage to Plaintiffs' reputation, good name and honor in its professional community.

47. Moreover, said false and defamatory statements have caused Plaintiffs emotional distress which has resulted in physical symptoms.

**WHEREFORE** Plaintiffs pray for the following relief:

1. An Injunction preventing Defendants from making intentional false and misleading statements regarding Plaintiffs, their organization, its attorneys, and staffers;

2. Judgment for the Plaintiffs and against the Defendants' jointly and severally in the amount of:

    a. Actual Damages: $100,000;
    b. Compensatory damages: $150,000;
    c. Punitive damages: $250,000;
    d. Interest from date this suit was instituted;
    e. Plaintiffs' cots of suit;
    f. Reasonable attorneys' fees; and
    g. Such other relief as the Court may deem just and proper.

Respectfully submitted:

*[signature]*

THE LAW OFFICE OF ERNEST B. FENTON

Attorneys for the Plaintiff
935 W. 175th Street, Suite 1 South
Homewood, IL 60430
(708) 991-7268 business
(708) 991-7943 facsimile
attorneyfenton@yahoo.com
Firm ID # 47687

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
CIVIL DEPARTMENT – LAW DIVISION – SIXTH DISTRICT

| | |
|---|---|
| ERNEST FENTON; LAW OFFICE OF ERNEST B. FENTON, P.C.<br>　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>KELLI DUDLEY; THE LAW OFFICE OF KELLI DUDLEY; ANDREW SIDEA; AND THE LAW OFFICE OF ANDREW SIDEA, P.C.<br><br>　　　　Defendants. | No.:　　2013L066047<br>　　　　CALENDAR/ROOM: P<br>　　　　TIME 00:00<br>　　　　Tort - Intentional |

### Rule 222(b) Affidavit of Damages Sought

The total damages sought in this matter does exceed the sum of $50,000.

DATED: 7/3/13

Ernest B. Fenton, Esq.

Signed and Sworn to before me on this 3 day of July, 2013.

_____
Notary Public

"OFFICIAL SEAL"
Lashawn Johnson
Notary Public, State of Illinois
My Commission Expires 3/3/2017

Law Offices of Ernest B. Fenton
935 W. 175th Street, Suite 1 South
Homewood, Illinois 60430
(708) 991-7268 telephone
(708) 991-7943 facsimile
Email: Attorneyfenton@yahoo.com
Firm ID: 47687

```
CLERK OF THE CIRCUIT COURT - COOK COUNTY
00032938  Law-06      7/3/2013 3:22PM
ATTY: 47687    053 TIFFANIH
AD DAMNUM:              $50,000.00
CASE NO: 2013L066047     CALENDAR: P
COURT DATE: 0/0/0000 12:00AM
CASE TOTAL: $337.00
Automation                   $15.00
Document Storage             $15.00
Law Library                  $21.00
Arbitration                  $10.00
Base Filing Fee 6           $240.00
Dispute Resolution            $1.00
Court Services               $25.00
Children Waiting Rm          $10.00
CHECK NO: 2850
CHECK AMOUNT:               $337.00
CHANGE                        $0.00
TRANSACTION TOTAL:          $337.00
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

Ernest Fenton, ET AL
    v.
Kelli Dudley, et al.

No. 2013L066047
CALENDAR/ROOM P
TIME 00:00
Tort - Intentional

## CIVIL ACTION COVER SHEET

A Civil Action Cover Sheet shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate general category and then check the subcategory thereunder, if applicable, which best characterizes your action.

Jury Demand ☐ Yes ☐ No

☐ **PERSONAL INJURY/WRONGFUL DEATH**

- ☐ 027 Motor Vehicle
- ☐ 040 Medical Malpractice
- ☐ 047 Asbestos
- ☐ 048 Dram Shop
- ☐ 049 Product Liability
- ☐ 051 Construction Injuries
  (including Structural Work Act, Road Construction Injuries Act and negligence)
- ☐ 052 Railroad/FELA
- ☐ 053 Pediatric Lead Exposure
- ☐ 061 Other Personal Injury/Wrongful Death
- ☒ 063 Intentional Tort
- ☐ 064 Miscellaneous Statutory Action
  *(Please Specify Below\*\*)*
- ☐ 065 Premises Liability
- ☐ 078 Fen-phen/Redux Litigation
- ☐ 199 Silicone Implant

☐ **062 PROPERTY DAMAGE**

☐ **066 LEGAL MALPRACTICE**

☐ **TAX & MISCELLANEOUS REMEDIES**

- ☐ 007 Confession of Judgment
- ☐ 008 Replevin
- ☐ 009 Tax
- ☐ 015 Condemnation
- ☐ 017 Detinue
- ☐ 029 Unemployment Compensation
- ☐ 036 Administrative Review Action
- ☐ 085 Petition to Register Foreign Judgment
- ☐ 099 All Other Extraordinary Remedies

☐ **COMMERCIAL LITIGATION**

- ☐ 002 Breach of Contract
- ☐ 070 Professional Malpractice
  (other than legal or medical)
- ☐ 071 Fraud
- ☐ 072 Consumer Fraud
- ☐ 073 Breach of Warranty
- ☐ 074 Statutory Action
  *(Please Specify Below\*\*)*
- ☐ 075 Other Commercial Litigation
  *(Please Specify Below\*\*)*
- ☐ 076 Retaliatory Discharge

☐ **077 LIBEL/SLANDER**

☐ **OTHER ACTIONS**

- ☐ 079 Petition for Qualified Orders
- ☐ 084 Petition to Issue Subpoena
- ☐ 100 Petition for Discovery

\*\* _____

_____

By: _____
        (Attorney)                    (Pro Se)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
CIVIL DEPARTMENT – LAW DIVISION – SIXTH DISTRICT

ERNEST FENTON; LAW OFFICE OF
ERNEST B. FENTON, P.C.
        Plaintiffs,

v.

KELLI DUDLEY; THE LAW OFFICE OF
KELLI DUDLEY; ANDREW SIDEA; AND
THE LAW OFFICE OF ANDREW SIDEA,
P.C.

        Defendants.

No.:

2013L066047
CALENDAR/ROOM P
TIME 00:00
Tort - Intentional

## SUMMONS

To:   Law Office of Kelli Dudley        Law Office of Andrew Sidea
       9130 South Houston, LL          6306 N. Lenox Avenue
       Chicago, Illinois 60617             Chicago, Illinois 60646

    You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court, located at 16501 S. Kedzie Parkway, Markham, IL 60428, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief requested in the complaint.

To the officer:

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed.

    This summons may not be served later than 30 days after its date.

_____, _____, 2013
Witness                      Date

**DOROTHY BROWN**  **JUL 03 2013**, 2013
Clerk of Court           Date

The Law Office of Ernest B. Fenton
935 W. 175th Street, Suite 1 South
Homewood, IL 60430
Telephone: (708) 991-7268 /Facsimile: (708) 991-7943
Firm ID #47687

_____, 2013
Date of Service