IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Ernest Fenton, Law Office of | ) | |
| Ernest B. Fenton, P.C. | ) | |
|     Plaintiffs, | ) | No.: 13-cv-05019 |
| | ) | |
| v. | ) | (formerly Circuit Court of Cook County |
| | ) |  13-L-066047) |
| Kelli Dudley; the Law Office of | ) | |
| Kelli Dudley; Andrew Sidea; and | ) | The Honorable Judge Rebecca Pallmeyer |
| the Law Office of Andrew Sidea, | ) | |
| P.C. | ) | |
|     Defendants. | ) | |

**DEFENDANTS', KELLI DUDLEY'S AND THE LAW OFFICE OF KELLI DUDLEY'S, MOTION TO QUASH SERVICE OF PROCESS OR DECLARE NO SERVICE OF PROCESS HAS BEEN MADE**

Defendants, Kelli Dudley and Law Office of Kelli Dudley (Defendants), respectfully request that this Court enter an Order quashing service or declaring no service of process has been made. In support of the Motion, Defendants as follows:

**I. REMOVAL AND SPECIAL APPEARANCE**

1. On or about July 15, 2013, Defendants removed this proceeding from the Circuit Court of Cook County, Illinois on the basis of federal question or civil rights jurisdiction. As used herein, State Court Action shall refer to the action that was removed.

2. Defendants make their appearance in this Court for the sole and limited purpose of contesting the process. The Defendants do not waive and specifically reserve their rights to dismiss the Complaint.

**II. BACKGROUND**

3. Kelli Dudley is a sole practitioner named in this action both as Kelli Dudley and the Law Office of Kelli Dudley.

1

4. Kelli Dudley lives and works at one address, 9130 South Houston. Her domicile is a small live-work space above a larger office. No one else lives in her unit. **EXHIBIT 1**.

5. Kelli Dudley has not been served with process in this matter. **EXHIBIT 1.**

6. Kelli Dudley found out about this matter because she received a notice of motion regarding a Temporary Restraining Order in the State Court Action on or about July 10, 2013. **EXHIBIT 1**.

7. Plaintiff has failed to file any return of service with the Cook County Clerk of Court or Northern District of Illinois. **EXHIBIT 2**.

### III. GROUNDS FOR DISMISSAL

8. After removal, service must be made pursuant to Federal law. 28 U.S.C. § 1448.

9. No service of summons of any kind has been made upon Kelli Dudley, including any under Federal Rule of Civil Procedure 45. Filing of a Notice of Removal does not waive objections to personal jurisdiction based on lack of service of process. *Morris & Co. v. Skandinavia Ins. Co.*, 279 U.S. 405, 409 (1929), *cited with approval Silva v. City of Madison,* 69 F.3d 1368, 1376 (7th Cir. 1995).

WHEREFORE, Kelli Dudley and the Law Office of Kelli Dudley pray this Honorable Court to quash service or declare that no service has been made.

Respectfully Submitted,

/s/Kelli Dudley

Kelli Dudley, Law Office of Kelli Dudley<br>
Attorney for Defendant Kelli Dudley and<br>
Defendant the Law Office of Kelli Dudley

Kelli Dudley/Law Office of Kelli Dudley
Attorney Number 40828
9130 South Houston, LL
Chicago, Illinois  60617
(312)771-9770

## CERTIFICATE OF SERVICE

Kelli Dudley, an attorney, on oath states:

I served this pleading and notice of filing by mailing a copy to the persons listed below at the addresses listed below by causing a true and correct copy to be deposited in the U.S. Mail at Chicago, IL 60617 at or before 5:00 pm on August 3, 2013:

Ernest Fenton
935 West 175th Street, Suite 1 South
Homewood, Illinois  60430


Law Offices of Ernest B. Fenton
935 West 175th Street, Suite 1 South
Homewood, Illinois  60430

/s/Kelli Dudley

Kelli Dudley


Kelli Dudley
Law Office of Kelli Dudley
Attorney Number:  40828
9130 South Houston, LL
Chicago, Illinois  60617
(312)771-9770