# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

August 1, 2014

Before:

JOEL M. FLAUM, *Circuit Judge*

DANIEL A. MANION, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

| No.: 14-1067 | ERNEST FENTON, et al.,<br>Plaintiffs - Appellees<br><br>v.<br><br>KELLI DUDLEY, et al.,<br>Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:13-cv-05019<br>Northern District of Illinois, Eastern Division<br>District Judge Rebecca R. Pallmeyer ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)